UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-22922-KMM**

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

     Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-1 DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

     Defendants.
_____/

**DEFENDANT, D-1 DAVIT INTERNATIONAL, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

     COMES NOW, Defendant, D-I Davit International, Inc., ("D-1 Davit") by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and states as follows:

1. D-1 Davit International, Inc. was served with a Summons and Complaint on or about June 8, 2018.

2. Undersigned counsel requires a brief additional extension of time to serve its response to Plaintiff's Complaint as it needs to meet and confer with D-I Davit to determine an appropriate response.

3. This motion is not for purposes of unnecessary delay and no party will be prejudiced by this brief extension of time.

4. This matter is not currently set for trial.

5. To date, no discovery has been undertaken.

1160526v.1

6. Pursuant to Local Rule 7.1(A)(3), undersigned counsel has conferred with Plaintiff's counsel regarding this request for extension of time prior to filing this motion, and Plaintiff does not oppose the relief requested.

7. The undersigned will continue its efforts to resolve this motion with counsel for Plaintiff prior to setting the motion for a hearing.

**WHEREFORE,** Defendant, Defendant, D-I Davit International, Inc., respectfully moves this Court for an Order granting a brief extension of time of twenty days (20) days from July 30, 2018 to respond to Plaintiff's Complaint.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 31st day of July, 2018, a true and correct copy of the above and foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Defendant D-1 Davit International, Inc.*
100 Southeast Second Street – Suite 3800
Miami, Florida 33131-2144
Tel. (305) 374-4400/Fax (305) 579-0261

By: */s/ Anthony. P. Strasius*
ANTHONY P. STRASIUS
Florida Bar No.: 988715
anthony.strasius@wilsonelser.com
STEVEN C. JONES
Florida Bar No. 107516
steven.jones@wilsonelser.com

**COUNSEL FOR PLAINTIFF**
Michael A. Winkleman, Esq.

1160526v.1

Jason R. Margulies, Esq.
Adria G. Notari, Esq.
LIPCON, MARGULIES,
  ALSINA & WINKLEMAN, PA
One Biscayne Tower, Ste. 1776
2 S. Biscayne Bvld.
Miami, FL 33131
(305) 373-3016
mwinkleman@lipcon.com
jmargulies@lipcon.com
anotari@lipcon.com