UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as Personal Representative of the
Estate of BEN BUENAVENTURA,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    Defendants.
_____/

## DEFENDANT'S NOTICE OF PENDING RELATED OR SIMILAR ACTIONS

Defendant, NCL (Bahamas) Ltd., ("Norwegian"), by and through undersigned counsel and pursuant to S.D. FLA. L.R. 3.8 hereby gives notice of pending similar actions:

1. *Jelen Carpio v. NCL (Bahamas) Ltd., D-I Davit International, Inc., Hatecke Service USA, LLC,* Case No.: 18-22923.

    Respectfully submitted,

    MASE MEBANE & BRIGGS, P.A.
    *Attorneys for Defendant*
    2601 South Bayshore Drive, Suite 800
    Miami, Florida  33133
    Telephone:  (305) 377-3770
    Facsimile:   (305) 377-0080

By:    /s/ *Adam Finkel*
    CURTIS J. MASE
    Florida Bar No.478083
    cmase@maselaw.com
    CAMERON W. EUBANKS
    Florida Bar No.: 85865
    ceubanks@maselaw.com

\

    ADAM FINKEL
    Florida Bar No. 101505
    afinkel@maselaw.com

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adam Finkel*
ADAM FINKEL

## SERVICE LIST

Michael A. Winkleman, Esq.
Jason R. Margulies, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Blvd.
Miami, Florida  33131
Tel: (305) 373-3016
Fax: (305) 373-6204
mwinkleman@lipcon.com
jmargulies@lipcon.com
Anotari@lipcon.com
*Attorneys for Plaintiff*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
150 S.E. 2nd Avenue, Suite 1200
Miami, Florida  33131
Tel: (305) 379-3686
Fax: (305) 379-3690
jhamilton@hamiltonmillerlaw.com
roldershaw@hamiltonmillerlaw.com
esullivan@hamiltonmillerlaw.com
gbernardez@hamiltonmillerlaw.com
spayne@hamiltonmillerlaw.com
smarroquin@hamiltonmillerlaw.com
*Attorneys for Defendant Hatecke Service USA, LLC*

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

Anthony P. Strasius, Esq.
Steven C. Jones, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
Tel: (305) 374-4400
Fax: (305) 579-0261
Anthony.strasius@wilsonelser.com
Steven.jones@wilsonelser.com
*Attorneys for Defendant D-1 Davit International, Inc.*

19431//#53