UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA
as personal representative of the
estate of BEN BUENAVENTURA,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    *Defendants.*
_____/

### DECLARATION OF JOACHIM WIESE

I, Joachim Wiese, pursuant to 28 U.S.C. § 1746, verify:

    1.    I am employed as general manager by d-i davit international-hische GmbH ("d-i GmbH"), based in Sulingen, Germany. Since the 24th of October 2013, I have also served as the sole Director and Officer of D-I Davit International, Inc. ("D-I, Inc."). In my capacity as Director and Officer of D-I, Inc., I am fully familiar with the facts set forth herein, based on my personal knowledge and review and research of company documents. I submit this Declaration in support of D-I, Inc.'s Motion to Dismiss the Complaint ("Complaint") filed in the captioned matter.

    2.    D-I, Inc. is a wholly owned subsidiary of d-i GmbH and was incorporated on the 22nd of October 2013 pursuant to the laws of the State of Delaware. D-I, Inc. maintains its only place of business in Ft. Lauderdale, Florida.

    3.    At present, D-I, Inc. is an inactive corporation and has no employees.

1

9207613v.1

4. D-I, Inc.'s inactive status is reflected in its tax returns, which demonstrate no income due to D-I, Inc.'s lack of active business. True and correct copies of D-I, Inc.'s tax returns for the fiscal years 2015, 2016 and 2017 are collected as Exhibit A accompanying this Declaration.

5. D-I, Inc. did not manufacture, design, market, sell, or distribute any davit or other equipment installed or otherwise located on the *Norwegian Breakaway*.

6. D-I, Inc. did not prepare or provide any manuals, policies or procedures in any way related to any davit or other equipment installed or otherwise located on the *Norwegian Breakaway*.

7. D-I, Inc. did not install, service, maintain, inspect, or perform any other services in any way related to any davit or other equipment installed or otherwise located on the *Norwegian Breakaway*.

8. The davits installed on the vessel were manufactured and sold by d-i GmbH in Germany.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 09 day of August, 2018 in Sulingen, Germany.

_____
Joachim Wiese