# Exhibit A

| | |
|---|---|
| **From:** | Michael Winkleman <MWinkleman@lipcon.com> |
| **Sent:** | Tuesday, June 19, 2018 3:06 PM |
| **To:** | Strasius, Anthony; Michael Winkleman |
| **Cc:** | Jones, Steven; Nowakowska, Anna |
| **Subject:** | RE: Carpio v. D-1 Davit International |
| **Importance:** | High |

Tony,

The extension is confirmed.

Please send me whatever you can so that I can further look into the issue about the proper defendant.

Thanks,
MW

Michael A. Winkleman, *Attorney at Law*

# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, Florida 33131
Tel: (305) 373-3016 - *ext. 224*
Fax: (305) 373-6204
Web: www.Lipcon.com

please consider the environment before printing this email

*Confidentiality Notice:* *This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This electronic message is also subject to standard copyright/ownership laws. Again, it is not intended or authorized to be reproduced or re-transmitted without the consent of the originator.*

1

*Thank you.*

**From:** Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Sent:** Monday, June 18, 2018 4:11 PM
**To:** Michael Winkleman <MWinkleman@lipcon.com>
**Cc:** Jones, Steven <Steven.Jones@wilsonelser.com>; Nowakowska, Anna <Anna.Nowakowska@wilsonelser.com>
**Subject:** Carpio v. D-1 Davit International

Mike, this is to follow our conversation of a few minutes ago. I advised that D-1 Davit International is not the correct defendant in this case, in that it did not deliver or install or manufacture the davit(s) in question for this vessel. We are willing to provide you with the name of the correct manufacturer located in Germany if you will voluntarily dismiss D-1 Davit International. I understand that you need some time to consider this further, and I look forward to talking with you more when you have the chance.

In the meantime, you have kindly agreed to an extension of time of 30 days from June 28th, for D-1 Davit International to respond to both complaints – this would make responses due on July 28th, which in reviewing the calendar is a Saturday. If ok with you, I will calendar the due date on that Monday, which is July 30th. I hope that's ok.

Thanks for your professional courtesy, and I look forward to working with you…

Tony

Anthony Strasius
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street - Suite 3800
Miami, FL 33131-2126
305.341.2287 (Direct)
305.968.9526 (Cell)
305.374.4400 (Main)
305.579.0261 (Fax)
anthony.strasius@wilsonelser.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.