## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-22922-KMM

GERALDINE BUENAVENTURA
as personal representative of the
estate of BEN BUENAVENTURA,

      Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

      Defendants.

_____/

### [PROPOSED] ORDER

Upon consideration of Defendant D-I Davit International, Inc.'s Motion to Dismiss the Complaint or, in the alternative, Motion for Summary Judgment, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and all claims against D-I Davit International, Inc. are dismissed with prejudice.

SO ORDERED, this ___ day of _____, 2018

_____

K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

1

9228961v.1