UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

    The Plaintiff, GERALDINE BUENAVENTURA, as personal representative of the estate of BEN BUENAVENTURA, by and through undersigned counsel, hereby files the instant Certificate of Interested Parties, as follows:

    1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10 percent or more of a party's stock, and all other identifiable legal entities to *any* party in this case:

    **a) Geraldine Buenaventura**
       **Plaintiff**

    **b) Michael A. Winkleman**
       **Carol L. Finklehoffe**
       **Lipcon, Margulies, Alsina & Winkleman, P.A.**
       **Counsel for Plaintiff**

    **c) NCL (Bahamas) Ltd.**

    **d) Curtis Mase**

   **Cameron W. Eubanks**
   **Adam Finkel**
   **Scott Mebane**
   **Counsel for Defendant NCL (Bahamas) Ltd.**

 e) **Hatecke Service USA, LLC.**

 f) **Jerry D. Hamilton**
   **Robert Oldershaw**
   **Elisha Sullivan**
   **Counsel for Defendant Hatecke Service USA, LLC.**

 g) **D-1 Davit International, Inc.**

 h) **Anthony P. Strasius**
   **Steven C Jones**
   **Counsel for D-1 Davit International, Inc.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **The Plaintiff knows of no such entity at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

  **The Plaintiff knows of no such entity at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **The Plaintiff knows of no such entity at this time.**

  The Plaintiff hereby certifies that, except as disclosed above, the Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. The Plaintiff further certifies that he has inserted "None" if there is no actual or potential conflict of interest.

       Respectfully submitted,

         LIPCON, MARGULIES,
         ALSINA & WINKLEMAN, P.A.
         *Attorneys for Plaintiff*
         One Biscayne Tower, Suite 1776

2 South Biscayne Boulevard  
Miami, Florida 33131  
Telephone No.: (305) 373-3016  
Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*  
    **CAROL L. FINKLEOFFE**  
    Florida Bar No. 0015903  
    cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*  
    **CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*  
**case no.: 18-cv-22922-KMM**

| | |
|---|---|
| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | **Jerry D. Hamilton, Esq.**<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>**Robert M. Oldershaw, Esq.**<br>Florida Bar No.: 86071<br>roldershaw@hamiltonmillerlaw.com<br>**Elisha M. Sullivan, Esq.**<br>Florida Bar No.: 57559<br>esullivan@hamiltonmillerlaw.com<br>emarrero@hamiltonmillerlaw.com<br>dlemus@hamiltonmillerlaw.com<br>150 S.E. 2nd Avenue, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 379-3686 |

- 4 -

|  | Fax: (305) 379-3690<br>*Attorneys for Defendant Hatecke Service USA, LLC* |
|---|---|
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq**.<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | **Curtis Mase, Esq.**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>kfehr@maselaw.com<br>**Cameron W. Eubanks, Esq.**<br>Florida Bar No.: 85865<br>ceubanks@maselaw.com<br>rcoakley@maselaw.com<br>**Adam Finkel, Esq.**<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |