UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

       Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

       Defendants.

_____/

## JOINT SCHEDULING REPORT

Plaintiff, GERALDINE BUENAVENTURA, as personal representative of the estate of BEN BUENAVENTURA, and Defendants NCL (BAHAMAS) LTD., D-I DAVIT INTERNATIONAL, INC., and HATECKE SERVICE USA, LLC, by and through their undersigned attorneys and pursuant to this Court's Pre-Trial Order [D.E. 4] and S.D. Fla. L.R. 16.1(b)(3), hereby jointly file their Joint Scheduling Report, and state as follows:

1. **Local Rule 16.1.B.2**

    A. **A discussion of the likelihood of settlement.**

       The Parties will be discussing settlement possibilities and will continue to seek an amicable resolution of the matter.

    B. **A discussion of the likelihood of appearance in the action of additional parties.**

       d-i davit international GmbH ("Davit DE") has recently been identified as the entity which

manufactured, sold and installed the subject davits aboard the vessel.  The Plaintiff will be filing a Motion for Leave to File an Amended Complaint and add d-i GmbH as a named Defendant.  As discovery has not yet commenced, it is unknown at this time whether additional parties will be named or appear in this action.

C. **A discussion on proposed limits on the time:**

    i. **To join other parties and to amend the pleadings:**

    See attached Schedule Jointly Proposed by the Parties (Attachment A).

    ii. **To file and hear motions:**

    See attached Schedule Jointly Proposed by the Parties (Attachment A).

    iii. **To complete discovery:**

    See attached Schedule Jointly Proposed by the Parties (Attachment A).  However, it is D-I Davit International Inc.'s ("Davit US") position that it should not be required to participate in unnecessary discovery during the pendency of its motion to dismiss and/or for summary judgment on the grounds that it is not a proper party to this litigation as it did not produce, distribute or service the davits at issue.  Davit US' agreement to the proposed Schedule is with full reservation of its rights to seek a stay of discovery.

D. **A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

The Parties will have ongoing discussion throughout the litigation in an attempt to simplify the issues in this case.  As noted, Davit US has already filed a motion to dismiss and/or summary judgment, asserting that the claims against it are improper as that entity is not within the chain of distribution of the davits at issue.  To simplify this action and the claims asserted,

and reduce the number of dispositive motions required, Davit US previously informed Plaintiff that Davit DE is the proper party, and proposed to Plaintiff discontinuing the action against Davit US to proceed against Davit DE.  Plaintiff declined this proposal.   If Davit US' instant motion is denied, Davit US will renew its motion following further discovery.  See attached Schedule Jointly Proposed by the Parties (Attachment A) for timing of motions for summary judgment.

**E.  The necessity or desirability of amendments to the pleadings.**

The Plaintiff will be filing a Motion for Leave to File an Amended Complaint and add d-i GmbH as a named Defendant.  Davit US maintains that, in the interests of efficiently and effectively advancing these proceedings, the claims against it should be discontinued in favor of proceeding against Davit DE.  It is unknown at this time whether there will be a necessity for any other amendment of the pleadings.

**F.  A discussion of possible admissions of fact and documents which will avoid unnecessary proof; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence.**

The Parties will work together to discuss admissions of fact and documents to avoid unnecessary proof prior to trial.

**G.  Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The Parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence prior to filing the pretrial stipulation.

**H.  Suggestions on the advisability of referring matters to a magistrate judge or master.**

At this time, the parties do not agree to the referral of any matters other than discovery to a Magistrate Judge and reserve their rights to appeal matters to the District Court.

**I.  A preliminary estimate of the time required for trial.**

LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
9241058v.1

At this time, the parties believe the time required for trial will be 5 to 7 days.

**J.**   **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

Please see Attachment "A."

**K.**   **Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

This incident is alleged to have occurred on the cruise ship *Norwegian Breakaway*. Therefore, most relevant witnesses in this matter are not local. The parties will raise any other matter with the Court via motion and/or request for status conference, should they arise.

Dated this  21st day of August, 2018.

Respectfully submitted,


By: */s/ Carol L. Finklehoffe*
Michael Winkleman, Esq.
Florida Bar No.: 36719
mwinkleman@lipcon.com
Carol L. Finklehoffe, Esq.
Florida Bar No.: 0015903
cfinklehoffe@lipcon.com
LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*

By: */s/ Robert Oldershaw*
Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
Robert M. Oldershaw, Esq.
Florida Bar No.: 86071
roldershaw@hamiltonmillerlaw.com
Elisha M. Sullivan, Esq.
Florida Bar No.: 57559
esullivan@hamiltonmillerlaw.com
emarrero@hamiltonmillerlaw.com
dlemus@hamiltonmillerlaw.com
150 S.E. 2nd Avenue, Suite 1200
Miami, Florida 33131
Tel: (305) 379-3686
Fax: (305) 379-3690
*Attorneys for Defendant Hatecke Service USA, LLC*


By:  */s/ Anthony Strasius*
Anthony P. Strasius, Esq.
Florida Bar No.: 988715
Anthony.strasius@wilsonelser.com
Steven C. Jones, Esq.
Florida Bar No.: 107516

By: */s/ Cameron W. Eubanks*
Curtis Mase, Esq.
Florida Bar No.: 73928
cmase@maselaw.com
kfehr@maselaw.com
Cameron W. Eubanks, Esq.

| | |
|---|---|
| Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit*<br>*International, Inc.* | Florida Bar No.: 85865<br>ceubanks@maselaw.com<br>rcoakley@maselaw.com<br>Adam Finkel, Esq.<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>Scott P. Mebane, Esq.<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
**case no.: 18-cv-22922-KMM**

| | |
|---|---|
| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.** | **Jerry D. Hamilton, Esq.**<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>**Robert M. Oldershaw, Esq.** |

| | |
|---|---|
| Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | Florida Bar No.: 86071<br>roldershaw@hamiltonmillerlaw.com<br>**Elisha M. Sullivan, Esq.**<br>Florida Bar No.: 57559<br>esullivan@hamiltonmillerlaw.com<br>emarrero@hamiltonmillerlaw.com<br>dlemus@hamiltonmillerlaw.com<br>150 S.E. 2nd Avenue, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 379-3686<br>Fax: (305) 379-3690<br>*Attorneys for Defendant Hatecke Service USA, LLC* |
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq**.<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | **Curtis Mase, Esq.**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>kfehr@maselaw.com<br>**Cameron W. Eubanks, Esq.**<br>Florida Bar No.: 85865<br>ceubanks@maselaw.com<br>rcoakley@maselaw.com<br>**Adam Finkel, Esq.**<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |