UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

**[proposed]**
**JOINT PROPOSED SCHEDULING ORDER**

THIS CAUSE having come before the Court upon the Parties' filing of their Joint Scheduling Report, and the Court having reviewed the file and being advised of the premises, it is hereby,

ORDERED AND ADJUDGED that the following reflects the discovery and trial deadlines:

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| September 14, 2018 | The Parties shall exchange the information required by Fed. R. Civ. P. 26(a)(1). |
| September 21, 2018 | A mediator shall be selected and the parties shall file a proposed order scheduling mediation. |
| November 12, 2018 | All motions for joinder of parties or to amend pleadings shall be filed. |
| May 19, 2019 | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement |

|  |  |
|---|---|
|  | discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| March 29, 2019 | Mediation shall be completed. |
| May 13, 2019 | The Plaintiffs must furnish their expert witnesses list to the Defendant, along with the summaries/reports pursuant to Fed. R. Civ. P. 26(a)(2). Within the twenty-day period thereafter, the Plaintiff shall make its experts available for deposition |
| May 27, 2019 | The Defendant must furnish its expert witnesses list to the Plaintiff, along with the summaries/reports pursuant to Fed. R. Civ. P. 26(a)(2). Within the twenty-day period thereafter, the Defendant shall make its experts available for deposition |
| June 10, 2019 | Parties to exchange rebuttal expert Witness Summaries or Reports required by Local Rule 16.1K. |
| July 29, 2019 | Expert Discovery shall be completed. |
| August 26, 2019 | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| September 16, 2019 | Proposed date before which all motions *in limine* must be filed. |
| October 28, 2019 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(K) |
| November 4, 2019 | Proposed date for trial. |

Dated this ___ day of _____, 2018.

_____
K.MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE