UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as Personal Representative of the
Estate of BEN BUENAVENTURA,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, NCL (BAHAMAS) LTD. ("Norwegian"), by and through the undersigned counsel and in compliance with Fed. R. Civ. P. 7.1, hereby files its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

**Certificate Of Interested Parties**

1.    The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

    GERALDINE BUENAVENTURA,
    as Personal Representative of the Estate of BEN BUENAVENTURA
    *Plaintiff*

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

NCL (BAHAMAS) LTD.
*Defendant*

D-I DAVIT INTERNATIONAL, INC.,
*Defendant*

HATECKE SERVICE USA, LLC
*Defendant*

Michael A. Winkleman, Esq.
Jason R. Margulies, Esq.
Carol L. Finklehoffe, Esq.
LIPCON, MARGULIES, ALSINA AND WINKLEMAN, PA and any of its Attorneys
*Counsel for Plaintiff*

Curtis J. Mase, Esq.
Scott P. Mebane, Esq.
Cameron W. Eubanks, Esq.
Adam Finkel, Esq.
MASE MEBANE & BRIGGS, P.A. and any of its Attorneys
*Counsel for Defendant NCL*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
HAMILTON MILLER & BIRTHISEL, LLP and any of its Attorneys
*Counsel for Defendant Hatecke Service USA, LLC*

Anthony P. Strasius, Esq.
Steven C. Jones, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP and any of its Attorneys
*Counsel for Defendant D-I Davit International, Inc.*

2. The name of every other entity that has publicly traded stock, equity or debt that may be substantially affected by the outcome of the proceedings.

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor, members of the creditor's committee, or twenty (20) largest unsecured creditors and bankruptcy cases.

None known.

4.  The name of each victim, (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None known.

## Corporate Disclosure Statement

Defendant, NCL (Bahamas) Ltd., a Bermuda corporation d/b/a Norwegian Cruise Line ("Norwegian"), by and through the undersigned counsel and in compliance with Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement as follows:

Norwegian is a wholly-owned subsidiary of NCL International, Ltd., a Bermuda company, which in turn is a wholly-owned subsidiary of Arrasas Limited, an Isle of Man company, which in turn is a wholly-owned subsidiary of NCL Corporation Ltd., a Bermuda company ("NCLC"). NCLC is subsidiary of Norwegian Cruise Line Holdings Ltd., a Bermuda company publicly traded on NASDAQ ("NCLH"). NCLH in turn is owned by: Star NCLC Holdings Ltd., a Bermuda company ("Genting HK"); one or more of AIF VI NCL (AIV), L.P., AIF VI NCL (AIV II), L.P., AIF VI NCL (AIV III), L.P., AIF VI NCL (AIV IV), L.P., AAA Guarantor-Co-Invest VI (B), L.P., Apollo Overseas Partners (Delaware) VI, L.P., Apollo Overseas Partners (Delaware 892) VI, L.P., Apollo Overseas Partners VI, L.P. , Apollo Overseas Partners (Germany) VI, L.P., AAA Guarantor - Co-Invest VII, L.P., AIF VI Euro Holdings, L.P., AIF VII Euro Holdings, L.P., Apollo Alternative Assets, L.P., Apollo Management VI, L.P. and Apollo Management VII, L.P. (collectively, the "Apollo Funds"); one or more of TPG Viking, L.P., TPG Viking AIV I, L.P., TPG Viking AIV II, L.P., and TPG Viking AIV III, L.P. (collectively, the "TPG Viking Funds"); and public shareholders. As of August 13, 2015, the relative ownership percentages of NCLH's ordinary shares were approximately: Genting HK (13.0%), Apollo Funds (17.0%), TPG Viking Funds (2.3%) and public shareholders (67.3%).

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

Respectfully submitted,

MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant NCL*
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: */s/ Adam Finkel*
ADAM FINKEL
Florida Bar No.: 101505
afinkel@maselaw.com
carbelaez@maselaw.com
filing@maselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Adam Finkel*
ADAM FINKEL

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

## SERVICE LIST

Michael A. Winkleman, Esq.
Jason R. Margulies, Esq.
Carol L. Finklehoffe, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Blvd.
Miami, Florida 33131
Tel: (305) 373-3016
Fax: (305) 373-6204
mwinkleman@lipcon.com
jmargulies@lipcon.com
anotari@lipcon.com
*Attorneys for Plaintiff*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
150 S.E. 2nd Avenue, Suite 1200
Miami, Florida 33131
Tel: (305) 379-3686
Fax: (305) 379-3690
jhamilton@hamiltonmillerlaw.com
roldershaw@hamiltonmillerlaw.com
esullivan@hamiltonmilelrlaw.com
gbernardez@hamiltonmillerlaw.com
spayne@hamiltonmillerlaw.com
smarroquin@hamiltonmillerlaw.com
*Attorneys for Defendant Hatecke Service USA, LLC*

Anthony P. Strasius, Esq.
Steven C. Jones, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
Tel: (305) 374-4400
Fax: (305) 579-0261
Anthony.strasius@wilsonelser.com
Steven.jones@wilsonelser.com
*Attorneys for Defendant D-1 Davit International, Inc.*

19431//#61