# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 18-cv-22922-KMM

GERALDINE BUENAVENTURA
as personal representative of the
estate of BEN BUENAVENTURA,

     Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

     Defendants.

_____/

## DEFENDANT D-I DAVIT INTERNATIONAL, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant D-I Davit International, Inc. ("Davit US"), by and through the undersigned counsel, hereby files its Corporate Disclosure Statement and Certificate of Interested Parties pursuant to Fed. R. Civ. P. 7.1, and states as follows:

## CORPORATE DISCLOSURE STATEMENT

**1.** Davit US a wholly-owned subsidiary of parent company d-i international-hische GmbH ("Davit DE").

**2.** Neither Davit US nor Davit DE are publicly traded companies.

## CERTIFCATE OF INTERESTED PARTIES

1. The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to

9245297v.1

publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other

identifiable legal entities related to any party in the case.

GERALDINE BUENAVENTURA
*Plaintiff*

NCL (BAHAMAS) LTD.
*Defendant*

D-I DAVIT INTERNATIONAL, INC.,
*Defendant*

D-I DAVIT INTERNATIONAL-HISCHE GMBH
*Parent Company of Davit US*

HATECKE SERVICE USA, LLC
*Defendant*

*Michael A. Winkleman, Esq.*
Jason R. Margulies, Esq.
Carol L. Finklehoffe, Esq.
LIPCON, MARGULIES, ALSINA AND WINKLEMAN, PA and any of its Attorneys
*Counsel for Plaintiff*

Curtis J. Mase, Esq.
Scott P. Mebane, Esq.
Cameron W. Eubanks, Esq.
Adam Finkel, Esq.
MASE MEBANE & BRIGGS, P.A. and any of its Attorneys
*Counsel for Defendant NCL*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
HAMILTON MILLER & BIRTHISEL, LLP and any of its Attorneys
*Counsel for Defendant Hatecke Service USA, LLC*

Anthony P. Strasius, Esq.
Steven C. Jones, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP and any of its Attorneys
*Counsel for Defendant D-I Davit International, Inc.*

2.      The name of every other entity that has publicly traded stock, equity or debt that may

be substantially affected by the outcome of the proceedings.

None known.

2

9245297v.1

3.      The name of every other entity which is likely to be an active participant in the proceedings including the debtor, members of the creditor's committee, or twenty (20) largest unsecured creditors and bankruptcy cases.

None known.

4.      The name of each victim, (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None known.

Respectfully submitted,


 /s/ Anthony P. Strasius
Anthony P. Strasius
Florida Bar No. 988715
anthony.strasius@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
100 Southeast Second Street – Suite 34800
Miami, Florida 33131-2144
Tel. (205) 374-4400
Fax (305) 579-0261

*Attorneys for D-I Davit International, Inc.*

3

9245297v.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Michael Wikleman, Esq.
Jason R. Margulies, Esq.
Adria G. Notari, Esq.
LIPCON, MARGULIES, ALSINA &
WINKLEMAN, P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 1776
Miami, FL 33131
Tel. (305) 373-3016
Fax (305) 373-6204
mwinkleman@lipcon.com
jmargulies@lipcon.com
anotari@lipcon.com

*Attorneys for Plaintiff*
*Geraldine Buenaventura*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
Tel. (305) 379-3686
Fax (305) 379-3690
jhamilton@hamiltonmillerlaw.com
roldershaw@hamiltonmillerlaw.com
esullivan@hamiltonmillerlaw.com
gbernardez@hamiltonmiller law.com
spayne@hamiltonmillerlaw.com
smarroquin@hamiltonmiller.com

*Attorneys for Defendant*
*Hatecke Service USA, LLC*

Curtis J. Mase, Esq.
Adam Finkel, Esq.
MASE, MEBANE & BRIGGS, P.A.
2601 S. Bayshore Drive, Suite 800
Miami, FL 33133
cmase@maselaw.com
afinkel@maselaw.com

*Attorneys for Defendant*
*NCL (Bahamas) Ltd.*

9245297v.1