Republic of the Philippines
Department of Labor and Employment
**PHILIPPINE OVERSEAS EMPLOYMENT ADMINISTRATION**
**CONTRACT OF EMPLOYMENT**

KNOWN ALL MEN BY THESE PRESENTS:

This Contract, entered into voluntarily by and between:
Name of Seafarer : **BUENAVENTURA, BEN MARONILLA**

Date of Birth : 25.03.1975    Age : 40    Place of Birth : **CAMARINES SUR**

Address : **SITIO LIBU VILLA SANTIAGO BRGY. BALAYONG MALOLOS BULACAN**

SIRB No. : C0131229    SRC No. : 0081135-93
License No. :
hereinafter referred to as the Employee, and
Name of Agent : **C.F. SHARP CREW MANAGEMENT, INC.**

Address of Agent : **CASA ROCHA 290-292 GENERAL LUNA ST. INTRAMUROS, MANILA.**

For and in behalf of     **NORWEGIAN CRUISE LINE, LTD.**
7665 CORPORATE CENTER DRIVE, MIAMI FLORIDA, USA 33126
(Principal/Country)

For the Vessel : **M/S NORWEGIAN BREAKAWAY (HOTEL)**

IMO No. : 9606912    Gross Registered Tonnage (GRT) : 143000    Flag : **BAHAMAS**

Official No. : 9000381    Year Built : 2013    Vessel Type : **PASSENGER / CRUISE SHIP**

CBA Affiliation. : **NSU CBA**    Classification Society : **DNV**
hereinafter referred to as the Employer.
                                                    WITNESSETH

1. That the employee shall be employed onboard under the following terms and conditions
   - 1.1 Duration of Contract            8.00 months
   - 1.2 Position                        WAITER /TRESS *                             Group: C2
   - 1.3 Basic                       $    575.00   per month
   - 1.4 FOT                         $      0.00   (40-56 Hours)
   - 1.5 GTD O/T Pay                      540.10   per month for 60.62 Hours
   - 1.6 Vacation Pay                $     86.25   per month
   - 1.7 Monthly GTD Pay                    0.00   per month (Inclusive compensation for unlimited hours of work)
   - 1.8 Monthly Incentive           $    635.00   per month
   - 1.9 GTD O/T Rate                $      4.15
   - 1.10 Hourly OT Rate             $      4.99   per hour in excess of GOT
   - 1.11 Seniority Pay                     0.00   per month    First Hire Date:   July 14, 1999
   - **1.12 Total Monthly Pay to Seafarer** $ 1,836.35 per month
   - 1.13 Union Fee                  $     15.00   (Directly remitted to Union)
   - 1.14 Social Program Compensation $    25.00   (Directly remitted to SSS and Philhealth)
   - 1.15 Special Monthly Incentive  $      0.00
   - 1.16 Additional Incentive       $      0.00
   - 1.17 Leave Days                        4.5    day(s)
   - 1.18 POINT OF HIRE                   MANILA

2. The herein terms and conditions in accordance with Governing Board Resolution No. 9 and Memorandum Circular No. 10, both Series of 2010, shall be strictly and faithfully observed.

3. The shipowner shall provide decent working and living conditions onboard the ship. Likewise, the health and social security protection benefits shall also be provided to the seafarer.

4. Any alterations or changes, in any part of this Contract shall be evaluated, verified, processed, and approved by the Philippine Overseas Employment Administration (POEA). Upon approval, the same shall be deemed an integral part of the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On Board Ocean-Going

5. Violations of the terms and conditions of this Contract with its approved addendum shall be ground for disciplinary action against the erring party.

IN WITNESS WHEREOF, the parties have hereto set their hands this **14 of March 2016** at Manila, Philippines.

_____BUENAVENTURA, BEN MARONILLA_____          _____JICKIE P. ILAGAN_____
            Seafarer                                      For the Employer

Verified and approved by the POEA :

03 / 15 / 2016

## ADDENDUM TO EMPLOYMENT CONTRACT

**C.F. Sharp Crew Management, Inc.**, a seabased manning agency registered under the Philippine Overseas Employment Administration (POEA) herein referred to as the **FIRST PARTY**;

and

**BEN M. BUENAVENTURA**, joining the vessel **M/S NORWEGIAN BREAKAWAY (HOTEL)** in the capacity of **WAITER /TRESS *** position with seaman's book no **C0131229** herein referred to as the **SECOND PARTY**;

Both parties hereby agreed to the following undertakings:

1. That it was explained that the vessel where the **SECOND PARTY** is assigned may transit through the "High Risk Areas" during the term of contract;

2. That in the event the vessel of the **SECOND PARTY** will transit in "High Risk Areas", POEA Governing Board Resolution No. 26, Series of 2014, will apply; to be explained in details by the **FIRST PARTY**:

3. That the **FIRST PARTY** will faithfully observe the provisions of the said POEA Governing Board Resolution No. 26, Series of 2014 to protect the interests of the **SECOND PARTY**;

4. That the **SECOND PARTY** will honor the provisions of the said POEA Governing Board Resolution No. 26, Series of 2014 as part of his contractual obligations with the **FIRST PARTY**.

Both parties hereby express their conformity to this Addendum to the Employment Contract by affixing their signatures below.

**FIRST PARTY**

**JICKIE P. ILAGAN**
Fleet Manager

**SECOND PARTY**

**BEN M. BUENAVENTURA**
WAITER /TRESS *

POEA

---

PHILIPPINE OVERSEAS EMPLOYMENT ADMINISTRATION
PRE-EMPLOYMENT SERVICES OFFICE
SEABASED EMPLOYMENT ACCREDITATION AND PROCESSING CENTER
**APPROVED**

YOLANDA E. PARAGUA
Director II - SEAPC

Date: March 18, 2013