UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22922-KMM

GERALDINE BUENAVENTURA
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

## [PROPOSED] ORDER

Upon consideration of Defendant D-I Davit International, Inc.'s Motion to Dismiss the Amended Complaint or, in the alternative, Motion for Summary Judgment, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and all claims against D-I Davit International, Inc. are dismissed with prejudice.

SO ORDERED, this ___ day of _____, 2018

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT COURT JUDGE