UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

### DECLARATION

I, Carol L. Finklehoffe, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am an attorney with Lipcon, Margulies, Alsina & Winkleman, P.A., and counsel for the Plaintiff.

2. On August 6, 2018 and on September 26, 2018, Plaintiff requested dates for the deposition of Andres Heinrich, the individual who filed a declaration in support of Hatecke's Motion to Dismiss and Alternatively for Summary Judgment. [D.E. 39-1].

3. Hatecke will not agree to provide dates for this deposition until this Court rules on its Motion to Dismiss.

4. Plaintiff has also propounded written discovery to Defendant Hatecke.

- 2 -

5. Plaintiff requires the deposition of Mr. Heinrich and responses to discovery before she can properly respond to the Motion for Summary Judgment.

6. This information is otherwise unavailable to the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5 day of October, 2018.

_____
Carol L. Finklehoffe