**ORIGINAL**

Changes to the Policy

egian has the right to change this Policy, but must inform the Union of any jes.

ANNEX 6

MODEL RECEIPT AND RELEASE FORM
FOR CONTRACTUAL CLAIMS

Ship (name): NCL Breakaway
(port of registry): BAHAMAS
(IMO No.): 9606912

Incident (date and place): 7/20/16, BERMUDA

Seafarer/Legal heir and/or Dependent: BEN BOENAVENTURA

Ship Owner: Norwegian Cruise Lines

I, [Seafarer] [Seafarer's legal heir and/or dependent]* hereby acknowledge receipt of the sum of [currency and amount] in satisfaction of the Ship Owner's obligation to pay contractual compensation for personal injury and/or death under the terms and conditions of my/the Seafarer's employment and I hereby release the Ship Owner from its obligations under the said terms and conditions.

The payment is made without admission of liability of any claims and is accepted without prejudice to my/the Seafarer's legal heir and/or dependent's right to pursue any claim at law in respect of negligence, tort or any other legal redress available and arising out of the above incident.

Any payments made herein shall be credited to any additional recovery.

X Date: NOVEMBER 2, 2016

Seafarer/Legal heir and/or Dependent: Geraldine Benaventura, Widow.

X Signed: [signature]

For acknowledgement:

Ship Owner/Ship Owner representative: Signed ........................

Insurer/Insurer representative: Signed ........................

ANNEX "3"