UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO FILE SUR-REPLY
BASED UPON NEWLY OBTAINED EVIDENCE**

COMES NOW, the Plaintiff, by and through the undersigned counsel and files her Motion to File Sur-Reply to NCL (Bahamas) Ltd. ("NCL") Reply to Plaintiff's Response in Opposition to the Motion to Compel Arbitration, and in support thereof states:

1. On September 11, 2018, NCL filed its Motion to Compel Arbitration in which it argues that arbitration panel never ruled that it could not arbitrate the merits of the case. Rather NCL contends the arbitrator simply determined that its request for declaratory relief was "not ripe" because a formal lawsuit needed to be initiated in order for the POEA to have jurisdiction. [D.E. 41 at p. 5]. As such, NCL urges that this matter should simply be sent back to the Philippines for arbitration now that Plaintiff has filed her claim.

2. On October 12, 2018, NCL filed its Reply in response to Plaintiff's Opposition to the Motion to Compel Arbitration, and once again argued that the arbitration panel's decision never addressed the merits of the case and only determined that it could not rule on a request for declaratory relief. [D.E. 52]

3. Six days later, on October 18, 2018[1], NCL filed its Petition for Review in which Defendant made the exact opposite argument to the appellate court in the Philippines. (Petition for Review – Exhibit 1). In its Petition for Review NCL argues that the matter was in fact ripe and the arbitration panel "committed serious errors of fact" when it determined it was without jurisdiction to rule on the facts at issue and merits of the claim. (Id. p. 2 and 11)

4. Local Rule 7.1 (c) authorizes a party to seek leave of court to file a sur-reply.

5. In construing the application of the Federal Rules of Civil Procedure, the U.S. Supreme Court has observed:

> It is too late in the day and entirely contrary to the spirit of the Federal Rules of Civil Procedure for decisions on the merits to be avoided on the basis of such mere technicalities. 'The Federal Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of the pleading is to facilitate a proper decision on the merits.' [citation omitted]. The Rules themselves provide that they are to be construed 'to secure the just, speedy and inexpensive determination of every action.' Rule 1.
>
> *Foman v. Davis*, 371 U.S. 178, 181-2 (1962).

6. This Court is entitled to the full and complete information for its consideration in ruling upon the Motion to Compel Arbitration. Plaintiff should properly be allowed to file her sur-reply so that this Court has all the necessary information to make a well-reasoned decision. A copy of Plaintiff's proposed sur-reply is attached hereto as Exhibit 2.

---

[1] Plaintiff has only just obtained a copy of the Petition for Review.

WHEREFORE, the Plaintiff respectfully requests this Court grant its Motion to File Sur-Reply.

*Certification of Compliance with Local Rules 7.1*

Undersigned counsel hereby certifies that he has conferred with counsel for the Defendant in accordance with S.D. Fla. Local Rule 7.1 (A)(3) in a good faith effort to resolve the issues raised by this motion prior to filing this motion and that Defendant has indicated that it objects to the granting of this motion.

Respectfully submitted,

LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**
Florida Bar No. 0015903
cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**

**SERVICE LIST**
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | **Jerry D. Hamilton, Esq.**<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>**Robert M. Oldershaw, Esq.**<br>Florida Bar No.: 86071<br>roldershaw@hamiltonmillerlaw.com<br>**Elisha M. Sullivan, Esq.**<br>Florida Bar No.: 57559<br>esullivan@hamiltonmillerlaw.com<br>emarrero@hamiltonmillerlaw.com<br>dlemus@hamiltonmillerlaw.com<br>150 S.E. 2nd Avenue, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 379-3686<br>Fax: (305) 379-3690<br>*Attorneys for Defendant Hatecke Service USA, LLC* |
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq**.<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | **Curtis Mase, Esq.**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>kfehr@maselaw.com<br>**Cameron W. Eubanks, Esq.**<br>Florida Bar No.: 85865<br>ceubanks@maselaw.com<br>rcoakley@maselaw.com<br>**Adam Finkel, Esq.**<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |