UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

**ORDER**
**PLAINTIFF'S MOTION TO FILE SUR-REPLY**
**BASED UPON NEWLY OBTAINED EVIDENCE**

THIS CAUSE came before the court on Plaintiff's Motion to File Sur-Reply to NCL (Bahamas) Ltd.'s Reply to Plaintiff's Response in Opposition to the Motion to Compel Arbitration, and the Court having considered said Motion and otherwise having been fully advised in the premises, it is:

ORDERED AND ADJUDGED:  Plaintiff's Motion is GRANTED. The Sur-Reply is deemed filed as of entry of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this ___day of November, 2018.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: Counsel of Record