UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

**SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL ARBITRATION[1]**

    COMES NOW, the Plaintiff, by and through the undersigned counsel and files her Sur-Reply to NCL (Bahamas) Ltd. ("NCL") Reply to Plaintiff's Response in Opposition to the Motion to Compel Arbitration, and in support thereof states:

1. NCL contends that arbitration should be compelled because the arbitration panel never determined it could not arbitrate this matter generally. Rather, the arbitration panel *only* ruled that the matter was "not ripe" because a formal lawsuit needed to be initiated in order for the POEA to have jurisdiction. [D.E. 41 and D.E. 52]

2. NCL has since filed its Petition for Review in which Defendant makes the exact opposite argument to the appellate court in the Philippines. (Petition for Review – Exhibit 1). In its

---

[1] Leave to file Sur-Reply granted by the Court. [D.E. 56]

Lipcon, Margulies, Alsina & Winkleman, P.A.

Petition for Review NCL argues that the matter was in fact ripe and the arbitration panel "committed serious errors of fact" when it determined it was without jurisdiction to rule on the facts at issue and merits of the claim. (Id. p. 2 and 11) Further that the arbitration panel was in error when it ruled the dispute between the parties did not constitute a "labor dispute" on the issue of "whether or not, herein [NCL] are still liable to pay [Plaintiff] compensation/damages on account of tort, over and above/in addition to the settlement concluded abroad." (Exhibit 1, p. 11)

3. NCL cannot argue in good faith to this Court that the arbitration panel never declined to rule on the merits of the claim while at the same time argue to the Philippine appellate court that the arbitration panel erred when it determined to lacked jurisdiction to rule on the merits of the claim.

WHEREFORE, the Plaintiff respectfully requests this Court deny the Motion to Compel Arbitration.

                  Respectfully submitted,

                  LIPCON, MARGULIES,
                  ALSINA & WINKLEMAN, P.A.
                  *Attorneys for Plaintiff*
                  One Biscayne Tower, Suite 1776
                  2 South Biscayne Boulevard
                  Miami, Florida 33131
                  Telephone No.: (305) 373-3016
                  Facsimile No.: (305) 373-6204

  By: */s/ Carol L. Finklehoffe*
     **CAROL L. FINKLEOFFE**
     Florida Bar No. 0015903
     cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.** | **Jerry D. Hamilton, Esq.** |
| Florida Bar No.: 36719 | Florida Bar No.: 970700 |
| mwinkleman@lipcon.com | jhamilton@hamiltonmillerlaw.com |
| **Carol L. Finklehoffe, Esq.** | **Robert M. Oldershaw, Esq.** |
| Florida Bar No.: 0015903 | Florida Bar No.: 86071 |
| cfinklehoffe@lipcon.com | roldershaw@hamiltonmillerlaw.com |
| LIPCON, MARGULIES, | **Elisha M. Sullivan, Esq.** |
| ALSINA & WINKLEMAN, P.A. | Florida Bar No.: 57559 |
| One Biscayne Tower, Suite 1776 | esullivan@hamiltonmillerlaw.com |
| 2 South Biscayne Boulevard | emarrero@hamiltonmillerlaw.com |
| Miami, Florida 33131 | dlemus@hamiltonmillerlaw.com |
| Telephone No.: (305) 373-3016 | 150 S.E. 2nd Avenue, Suite 1200 |
| Facsimile No.: (305) 373-6204 | Miami, Florida 33131 |
| *Attorneys for Plaintiff* | Tel: (305) 379-3686 |
| | Fax: (305) 379-3690 |
| | *Attorneys for Defendant Hatecke Service USA, LLC* |
| **Anthony P. Strasius, Esq.** | **Curtis Mase, Esq.** |
| Florida Bar No.: 988715 | Florida Bar No.: 73928 |
| Anthony.strasius@wilsonelser.com | cmase@maselaw.com |
| **Steven C. Jones, Esq**. | kfehr@maselaw.com |
| Florida Bar No.: 107516 | **Cameron W. Eubanks, Esq.** |
| Steven.jones@wilsonelser.com | Florida Bar No.: 85865 |
| Wilson, Elser, Moskowitz, | ceubanks@maselaw.com |
| Edelman & Dicker, LLP | rcoakley@maselaw.com |
| 100 Southeast Second Street, Suite 3800 | **Adam Finkel, Esq.** |
| Miami, Florida 33131 | Florida Bar No.: 101505 |
| Tel: (305) 374-4400 | afinkel@maselaw.com |

| | |
|---|---|
| Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |