UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as Personal Representative of the
Estate of BEN BUENAVENTURA,

    Plaintiff,
vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    Defendants.
_____/

## DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION [DE 41]

Defendant, NCL (BAHAMAS) LTD. ("Norwegian"), respectfully submits the following supplemental authority in support of its Motion to Compel Arbitration. [DE 41].

*Carpio v. NCL (Bahamas) Ltd. et al,* 1:18-cv-22923-DPG (Compelling arbitration in companion crewmember case stemming from *Breakaway* rescue boat incident). [Order Attached as Exhibit "A"].

Respectfully submitted,

MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By: /s/ *Adam Finkel*
    CURTIS J. MASE
    Florida Bar No.478083
    cmase@maselaw.com
    kfehr@maselaw.com
    filing@maselaw.com

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

CAMERON W. EUBANKS
Florida Bar No. 85865
ceubanks@maselaw.com
rcoakley@maselaw.com
ADAM FINKEL
Florida Bar No. 101505
afinkel@maselaw.com
carbelaez@maselaw.com
filing@maselaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 10, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ *Adam Finkel*</u>
ADAM FINKEL

CASE NO.: 1:18-cv-22922-MOORE/SIMONTON

**SERVICE LIST**

Michael A. Winkleman, Esq.
Jason R. Margulies, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Blvd.
Miami, Florida  33131
Tel: (305) 373-3016
Fax: (305) 373-6204
mwinkleman@lipcon.com
jmargulies@lipcon.com
Anotari@lipcon.com
*Attorneys for Plaintiff*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
150 S.E. 2nd Avenue, Suite 1200
Miami, Florida  33131
Tel: (305) 379-3686
Fax: (305) 379-3690
jhamilton@hamiltonmillerlaw.com
roldershaw@hamiltonmillerlaw.com
esullivan@hamiltonmillerlaw.com
gbernardez@hamiltonmillerlaw.com
spayne@hamiltonmillerlaw.com
smarroquin@hamiltonmillerlaw.com
*Attorneys for Hatecke Service USA, LLC*

Steven C. Jones, Esq.
Anthony P. Strausius, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 S.E. 2nd Street, Suite 3800
Miami, Florida  33131-2144
Tel: (305) 374-4400
Fax: (305) 579-0261
Steven.jones@wilsonelser.com
Anthony.strasius@wilsonelser.com
*Attorneys for D-1 David International, Inc.*

19431/#148