UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    Defendants.
_____/

**PLAINTIFF'S MOTION TO STAY PENDING RESOLUTION OF THE PETITION FOR REVIEW BY THE REPUBLIC OF THE PHILIPPINES COURT OF APPEALS**

    COMES NOW, the Plaintiff, Geraldine Buenaventura, by and through the undersigned counsel, hereby files her Motion to Stay and states:

1. This matter arises from the wrongful death of Decedent Ben Buenaventura who fell six stories into the water during a life boat drill and was then subsequently crushed when the life boat fell on top of him. Plaintiff filed suit against Defendant NCL (Bahamas) Ltd. ("NCL") his employer and shipowner, D-1 Davit International, Inc. ("D-1 Davit") the davit manufacturer, and Hatecke Service USA, LLC ("Hatecke"), the inspection and service company for the davits. [D.E. 31].

2. Pending before this Honorable Court is Hatecke's Motion to Dismiss the Amended Complaint and alternatively, Motion for Summary Judgment [D.E. 39]; and D-1 Davit's Motion to Dismiss the Amended Complaint and alternatively, Motion for Summary

Judgment [D.E. 42]. The Court entered an Order stating it would *not* rule on these Motions until after discovery had been completed and referred discovery disputes to the Magistrate Judge. [D.E. 58]

3. Also pending before the Court is NCL's Motion to Compel Arbitration. [D.E. 41].

4. This Honorable Court previously entered an Order to Show Cause why this matter should not be stayed pending the resolution of the Petition for Review by the Republic of the Philippines Court of Appeals. [D.E. 59]. Notably, at that time, both NCL and Plaintiff agreed that the case should not be stayed.

5. Since then, circumstances have changed such that Plaintiff (unopposed by Defendant NCL and Defendant D-1 Davit, but opposed by Defendant Hatecke) respectfully requests that the matter be stayed pending determination by the Philippine's court on the matter.

6. Most importantly, in the subject incident herein, **another** Filipino crewmember, Diogenes Carpio, also died. In the related case, *Carpio v. NCL (Bahamas) LTD. Et. al*, case number 18-22923, the *Carpio* Estate filed suit against the same named Defendants. Therein, on January 9, 2019, the District Court Judge granted Defendant NCL's Motion to Compel Arbitration. Copy attached as Exhibit 1.

7. As such, the Carpio Estate is in the process of beginning the arbitration in the Philippines.

8. Given that Defendant NCL filed its Petition for Review with the Republic of Philippines Court of Appeals which remains pending, the interests of judicial economy are promoted in granting a stay herein so that the companion cases (Buenaventura and Carpio) can stay on a similar procedural posture in order to avoid, *inter alia*, the possibility of inconsistent verdicts. Further to this point, significant judicial labor may avoid being spent based on the outcome in the Philippine Courts.

- 3 -

9. The instant motion is not made for purposes of delay and is made in good faith. No party will be prejudiced by the relief sought herein.

WHEREFORE, the Plaintiff, Geraldine Buenaventura, respectfully moves this Court for an Order staying this matter.

*Certification of Compliance with Local Rules 7.1*

Undersigned counsel hereby certifies that she has conferred with counsel for the Defendants in accordance with S.D. Fla. Local Rule 7.1 (A)(3) in a good faith effort to resolve the issues raised by this Motion prior to filing and the Defendants NCL and DI Davit do not object to the granting of the same, whereas Defendant Hatecke does object to the relief.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

    By: */s/ Michael Winkleman*
       **MICHAEL A. WINKLEMAN**
       Florida Bar No. 36719
       MW@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Michael Winkleman*
**MICHAEL WINKLEMAN**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.** <br> Florida Bar No.: 36719 <br> mwinkleman@lipcon.com <br> **Carol L. Finklehoffe, Esq.** <br> Florida Bar No.: 0015903 <br> cfinklehoffe@lipcon.com <br> LIPCON, MARGULIES, <br> ALSINA & WINKLEMAN, P.A. <br> One Biscayne Tower, Suite 1776 <br> 2 South Biscayne Boulevard <br> Miami, Florida 33131 <br> Telephone No.: (305) 373-3016 <br> Facsimile No.: (305) 373-6204 <br> *Attorneys for Plaintiff* | **Jerry D. Hamilton, Esq.** <br> Florida Bar No.: 970700 <br> jhamilton@hamiltonmillerlaw.com <br> **Elisha M. Sullivan, Esq.** <br> Florida Bar No.: 57559 <br> esullivan@hamiltonmillerlaw.com <br> 150 S.E. 2nd Avenue, Suite 1200 <br> Miami, Florida 33131 <br> Tel: (305) 379-3686 <br> Fax: (305) 379-3690 <br> *Attorneys for Defendant Hatecke Service USA, LLC* |
| **Anthony P. Strasius, Esq.** <br> Florida Bar No.: 988715 <br> Anthony.strasius@wilsonelser.com <br> **Steven C. Jones, Esq**. <br> Florida Bar No.: 107516 <br> Steven.jones@wilsonelser.com <br> Wilson, Elser, Moskowitz, <br> Edelman & Dicker, LLP <br> 100 Southeast Second Street, Suite 3800 <br> Miami, Florida 33131 | **Curtis Mase, Esq.** <br> Florida Bar No.: 73928 <br> cmase@maselaw.com <br> kfehr@maselaw.com <br> **Cameron W. Eubanks, Esq.** <br> Florida Bar No.: 85865 <br> ceubanks@maselaw.com <br> rcoakley@maselaw.com <br> **Adam Finkel** <br> Florida Bar No.: 101505 |

- 5 -

| | |
|---|---|
| Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | afinkel@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |