UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF *PARTIAL* VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANT HATECKE SERVICE USA, LCC.**

The Plaintiff, Geraldine Buenaventura, by and through undersigned counsel, hereby notices this Honorable Court of voluntarily dismissing, without prejudice, Plaintiff's claims in the above-styled action against only one Defendant, HATECKE SERVICE USA, LLC. The Plaintiff's claims against the remaining defendants remain pending.

                                                          LIPCON, MARGULIES,
                                                          ALSINA & WINKLEMAN, P.A.
                                                          *Attorneys for Plaintiff*
                                                          One Biscayne Tower, Suite 1776
                                                          2 South Biscayne Boulevard
                                                          Miami, Florida 33131
                                                          Telephone No.: (305) 373-3016
                                                          Facsimile No.: (305) 373-6204

                                       By: */s/ Michael Winkleman*
                                                        **MICHAEL A. WINKLEMAN**
                                                          Florida Bar No. 36719
                                                          MW@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Michael Winkleman*
**MICHAEL WINKLEMAN**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.** <br> Florida Bar No.: 36719 <br> mwinkleman@lipcon.com <br> **Carol L. Finklehoffe, Esq.** <br> Florida Bar No.: 0015903 <br> cfinklehoffe@lipcon.com <br> LIPCON, MARGULIES, <br> ALSINA & WINKLEMAN, P.A. <br> One Biscayne Tower, Suite 1776 <br> 2 South Biscayne Boulevard <br> Miami, Florida 33131 <br> Telephone No.: (305) 373-3016 <br> Facsimile No.: (305) 373-6204 <br> *Attorneys for Plaintiff* | **Jerry D. Hamilton, Esq.** <br> Florida Bar No.: 970700 <br> jhamilton@hamiltonmillerlaw.com <br> **Elisha M. Sullivan, Esq.** <br> Florida Bar No.: 57559 <br> esullivan@hamiltonmillerlaw.com <br> 150 S.E. 2nd Avenue, Suite 1200 <br> Miami, Florida 33131 <br> Tel: (305) 379-3686 <br> Fax: (305) 379-3690 <br> *Attorneys for Defendant Hatecke Service USA, LLC* |
| **Anthony P. Strasius, Esq.** <br> Florida Bar No.: 988715 <br> Anthony.strasius@wilsonelser.com <br> **Steven C. Jones, Esq**. <br> Florida Bar No.: 107516 <br> Steven.jones@wilsonelser.com <br> Wilson, Elser, Moskowitz, <br> Edelman & Dicker, LLP <br> 100 Southeast Second Street, Suite 3800 <br> Miami, Florida 33131 | **Curtis Mase, Esq.** <br> Florida Bar No.: 73928 <br> cmase@maselaw.com <br> kfehr@maselaw.com <br> **Cameron W. Eubanks, Esq.** <br> Florida Bar No.: 85865 <br> ceubanks@maselaw.com <br> rcoakley@maselaw.com <br> **Adam Finkel** <br> Florida Bar No.: 101505 |

- 3 -

| Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | afinkel@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |