UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:18-CV-22922-Moore/Simonton

GERALDINE BUENAVENTURA, A
Personal Representative of the estate
of BEN BUENAVENTURA,

    *Plaintiff(s),*

v.

NCL (Bahamas) LTD., D-I DAVIT
INTERNATIONAL, INC., HATECKE
SERVICE USA, LLC and D-I
INTERNATIONAL-HISCHE GMBH

    *Defendant(s).*
_____/

## MEDIATOR'S REPORT

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **February 7, 2019 @ 10:00 A.M.**

____ AN AGREEMENT WAS REACHED.

____ The Agreement is attached with consent of the parties.

√ NO AGREEMENT WAS REACHED; IMPASSE.

____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

____ Other: _____

_____
Laura Bonn, Esq., Florida Bar No. 244759
MF#: LB-8579

\* Plaintiff Geraldine Buenaventura appeared by video conference from the Philippines. Counsel for Defendant Davit appeared; however, Defendant Davit did not appear because the corporation is inactive.