UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
    _____/

## STATUS REPORT[1]

Plaintiff, by and through her undersigned counsel, and pursuant to this Court's Order [D.E. 78], hereby files her Status Report and states:

On February 11, 2019, the Republic of the Philippines Court of Appeal Manila issued its Notice of Decision. The original decision of the Office of the Voluntary Arbitrators of the National Conciliation and Mediation Board ("NCMB") was set aside and the matter was remanded for further proceedings. On March 7, 2019, a Motion for Reconsideration was filed and remains

---

[1] In accordance with Court's Order, the undersigned prepared a Status Report and instructed her assistance to file the same on April 8, 2019. Due to excusable neglect, the assistant, who is no longer with the firm, failed to file the April 8, 2019 status report as instructed. The undersigned only discovered that her former assistant failed to file the document while preparing to timely file the next required status report. There have been no changes in the status of the action in the Philippines between April 8 and the filing of the instant Status Report.

pending. Upon information and belief, a decision on the Motion for Reconsideration is expected in late May or early June.

Dated: May 7, 2019.

> Respectfully submitted,
>
> LIPCON, MARGULIES,
> ALSINA & WINKLEMAN, P.A.
> *Attorneys for Plaintiff*
> One Biscayne Tower, Suite 1776
> 2 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone No.: (305) 373-3016
> Facsimile No.: (305) 373-6204
>
> By: */s/ Carol L. Finklehoffe*
> **CAROL L. FINKLEOFFE**
> Florida Bar No. 0015903
> cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

> By: */s/ Carol L. Finklehoffe*
> **CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
**case no.: 18-cv-22922-KMM**

| | |
|---|---|
| **Michael Winkleman, Esq.** | **Curtis Mase, Esq.** |
| Florida Bar No.: 36719 | Florida Bar No.: 73928 |
| mwinkleman@lipcon.com | cmase@maselaw.com |
| **Carol L. Finklehoffe, Esq.** | kfehr@maselaw.com |
| Florida Bar No.: 0015903 | **Cameron W. Eubanks, Esq.** |
| cfinklehoffe@lipcon.com | Florida Bar No.: 85865 |
| LIPCON, MARGULIES, | ceubanks@maselaw.com |

| | |
|---|---|
| ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | rcoakley@maselaw.com<br>**Adam Finkel, Esq.**<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq**.<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | |