UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

## STATUS REPORT

Plaintiff, by and through her undersigned counsel, and pursuant to this Court's Order [D.E. 78], hereby files her Status Report and states:

On February 11, 2019, the Republic of the Philippines Court of Appeal Manila issued its Notice of Decision in which it held that the original decision of the Office of the Voluntary Arbitrators of the National Conciliation and Mediation Board ("NCMB") was set aside and the matter was remanded for further proceedings. A Motion for Reconsideration was filed on March 7, 2019, which was denied on September 11, 2019. This matter is now being appealed to the Philippine Supreme Court.

    Dated: October 3, 2019.

                              Respectfully submitted,

        LIPCON, MARGULIES,
        ALSINA & WINKLEMAN, P.A.
        *Attorneys for Plaintiff*
        One Biscayne Tower, Suite 1776
        2 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone No.: (305) 373-3016
        Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
    **CAROL L. FINKLEOFFE**
    Florida Bar No. 0015903
    cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
    **CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.** | **Curtis Mase, Esq.** |
| Florida Bar No.: 36719 | Florida Bar No.: 73928 |
| mwinkleman@lipcon.com | cmase@maselaw.com |
| **Carol L. Finklehoffe, Esq.** | kfehr@maselaw.com |
| Florida Bar No.: 0015903 | **Cameron W. Eubanks, Esq.** |
| cfinklehoffe@lipcon.com | Florida Bar No.: 85865 |
| LIPCON, MARGULIES, | ceubanks@maselaw.com |
| ALSINA & WINKLEMAN, P.A. | rcoakley@maselaw.com |
| One Biscayne Tower, Suite 1776 | **Adam Finkel, Esq.** |
| 2 South Biscayne Boulevard | Florida Bar No.: 101505 |
| Miami, Florida 33131 | afinkel@maselaw.com |
| Telephone No.: (305) 373-3016 | carbelaez@maselaw.com |
| Facsimile No.: (305) 373-6204 | filing@maselaw.com |
| *Attorneys for Plaintiff* | **Scott P. Mebane, Esq.** |
| | Florida Bar No.: 273030 |

|  | smebane@maselaw.com <br> ctoth@maselaw.com <br> receptionist@maselaw.com <br> MASE, MEBANE & BRIGGS <br> 2601 S. Bayshore, Drive, Suite 800 <br> Miami, Florida 33133 <br> Telephone: (305) 377-3770 <br> Facsimile: (305) 377-0800 <br> *Attorneys for Defendant NCL (Bahamas) Ltd.* |
|---|---|
| **Anthony P. Strasius, Esq.** <br> Florida Bar No.: 988715 <br> Anthony.strasius@wilsonelser.com <br> **Steven C. Jones, Esq**. <br> Florida Bar No.: 107516 <br> Steven.jones@wilsonelser.com <br> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP <br> 100 Southeast Second Street, Suite 3800 <br> Miami, Florida 33131 <br> Tel: (305) 374-4400 <br> Fax: (305) 579-0261 <br> *Attorneys for Defendant D-1 Davit International, Inc.* |  |