UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

     Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

     Defendants.

_____/

**[proposed]**
**ORDER**
**PLAINTIFF'S UNOPPOSED MOTION TO REOPEN**

    THIS CAUSE came before the court on Plaintiff's Unopposed Motion to Reopen, and the Court

having considered said Motion and otherwise having been fully advised in the premises, it is:

    ORDERED AND ADJUDGED:

    Plaintiff's Unopposed Motion to Reopen is GRANTED.  The Clerk of the Court is instructed to

reopen this matter.

    DONE AND ORDERED in Chambers at Miami, Florida this ___day of _____, 2020.


_____
K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE


Copies furnished to: Counsel of Record