UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Plaintiff, by and through her undersigned counsel, and responds to this Court's Order to Show Cause [D.E. 86] and states:

The Plaintiff has settled her claims against Defendant NCL (Bahamas) Ltd. only [D.E. 85]. Plaintiff's claims against Defendant D-I Davit International-Hische GmbH remain pending.

Upon the re-opening of this matter the Plaintiff intends to file a Motion for Remand requesting that this matter be remanded 11th Circuit Court in and for Miami Dade County, Florida. The Plaintiff will seek a remand as this Court will no longer has subject matter jurisdiction to hear this case as the grounds for removal, 9 U.S.C. § 205, no longer exist and are not applicable to the remaining Defendant D-I Davit International-Hische GmbH.

- 2 -

                    Respectfully submitted,

                          LIPCON, MARGULIES,
                          ALSINA & WINKLEMAN, P.A.
                          *Attorneys for Plaintiff*
                          One Biscayne Tower, Suite 1776
                          2 South Biscayne Boulevard
                          Miami, Florida 33131
                          Telephone No.: (305) 373-3016
                          Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
     **CAROL L. FINKLEOFFE**
     Florida Bar No. 0015903
     cfinklehoffe@lipcon.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                      By: */s/ Carol L. Finklehoffe*
                            **CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | **Curtis Mase, Esq.**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>kfehr@maselaw.com<br>**Cameron W. Eubanks, Esq.**<br>Florida Bar No.: 85865<br>ceubanks@maselaw.com<br>rcoakley@maselaw.com<br>**Adam Finkel, Esq.**<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq.**<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | |

- 3 -
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.