UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

  Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

  Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, Geraldine Buenaventura, as personal representative of the estate of Ben Buenaventura, notices the filing of the Proposed Summons, with Respect to the Defendant, D-I Davit International-Hische GMBH. Plaintiff respectfully requests said Summons be issued by the Clerk of the Court.

              Respectfully submitted,

                LIPCON, MARGULIES,
                ALSINA & WINKLEMAN, P.A.
                *Attorneys for Plaintiff*
                One Biscayne Tower, Suite 1776
                2 South Biscayne Boulevard
                Miami, Florida 33131
                Telephone No.: (305) 373-3016
                Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**
Florida Bar No. 0015903
cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
**case no.: 18-cv-22922-KMM**

| | |
|---|---|
| **Michael Winkleman, Esq.** <br> Florida Bar No.: 36719 <br> mwinkleman@lipcon.com <br> **Carol L. Finklehoffe, Esq.** <br> Florida Bar No.: 0015903 <br> cfinklehoffe@lipcon.com <br> LIPCON, MARGULIES, <br> ALSINA & WINKLEMAN, P.A. <br> One Biscayne Tower, Suite 1776 <br> 2 South Biscayne Boulevard <br> Miami, Florida 33131 <br> Telephone No.: (305) 373-3016 <br> Facsimile No.: (305) 373-6204 <br> *Attorneys for Plaintiff* | **Curtis Mase, Esq.** <br> Florida Bar No.: 73928 <br> cmase@maselaw.com <br> kfehr@maselaw.com <br> **Cameron W. Eubanks, Esq.** <br> Florida Bar No.: 85865 <br> ceubanks@maselaw.com <br> rcoakley@maselaw.com <br> **Adam Finkel, Esq.** <br> Florida Bar No.: 101505 <br> afinkel@maselaw.com <br> carbelaez@maselaw.com <br> filing@maselaw.com <br> **Scott P. Mebane, Esq.** <br> Florida Bar No.: 273030 <br> smebane@maselaw.com <br> ctoth@maselaw.com <br> receptionist@maselaw.com <br> MASE, MEBANE & BRIGGS |

- 3 -

|  | 2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |
|---|---|
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq**.<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* |  |