AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GERALDINE BUENAVENTURA, as personal representative of the estate of BEN BUENAVENTURA <br><br> *Plaintiff(s)* <br><br> v. <br><br> NCL (BAHAMAS) LTD., D-I DAVIT INTERNATIONAL, INC., HATECKE SERVICE USA, LLC., and D-I DAVIT INTERNATIONAL-HISCHE GMBH <br> *Defendant(s)* | Civil Action No. 18-cv-22922-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   D-I Davit International- Hische GMBH
Sandstrasse20
27232 Sulingen
Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carol L. Finklehoffe
Lipcon, Margulies, Alsina & Winkleman, P.A.
2 South Biscayne Blvd, Suite 1776
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  01/14/2020

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS