UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF *PARTIAL* VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AS TO D-I DAVIT INTERNATIONAL, INC., ONLY**

The Plaintiff, Geraldine Buenaventura, by and through undersigned counsel, hereby notices this Honorable Court of voluntarily dismissing, without prejudice, Plaintiff's claims in the above-styled action against Defendant, D-I DAVIT INTERNATIONAL, INC., only.

The Plaintiff's claims against the Defendant D-I DAVIT INTERNATIONAL-HISCHE GMBH, remains pending.

                              LIPCON, MARGULIES,
                              ALSINA & WINKLEMAN, P.A.
                              *Attorneys for Plaintiff*
                              One Biscayne Tower, Suite 1776
                              2 South Biscayne Boulevard
                              Miami, Florida 33131
                              Telephone No.: (305) 373-3016
                              Facsimile No.: (305) 373-6204

                     By: */s/ Carol L. Finklehoffe*
                              **Carol L. Finklehoffe, Esq.**

Florida Bar No.: 0015903

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2020, , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: /s/ *Carol L. Finklehoffe*
**Carol L. Finklehoffe, Esq.**
Florida Bar No.: 0015903

## SERVICE LIST
*Buenaventura v. NCL (Bahamas) Ltd. et. al.*
case no.: 18-cv-22922-KMM

| | |
|---|---|
| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq**.<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* |
| | **Curtis Mase, Esq.**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>kfehr@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133 |

|  | Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |
|---|---|