UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22922-MOORE/SIMONTON

GERALDINE BUENAVENTURA,
as personal representative of the
estate of BEN BUENAVENTURA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

**[proposed]**
**ORDER**
**PLAINTIFF'S UNOPPOSED RENEWED MOTION FOR REMAND**

THIS CAUSE came before the court on Plaintiff's Renewed Motion for Remand, and the Court having considered said Motion and otherwise having been fully advised in the premises, it is:

ORDERED AND ADJUDGED:

Plaintiff's Renewed Motion for Remand is GRANTED. This matter is remanded in its entry for the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, all pending motions are denied, and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida this ___day of _____, 2020.

                                                _____
                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: Counsel of Record