UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: February 21, 2020

FILED BY _____ D.C.
MAR - 3 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE: District Court Case No.: 1:18-cv-22922-KMM

State Court Case No.: 18-013789-CA(01)

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby ackonwledges receipt of the District Court's certified copy of the Order of Remand.

By: **WILFRED CLARK**
      Deputy Clerk

On: FEB 2 6 2020

Angela E. Noble, Clerk of Court

By  /s/ *Ketly Pierre*
Deputy Clerk