UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22922-KMM

GERALDINE BUENAVENTURA
as personal representative of the estate
of BEN BUENAVENTURA,

    Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC, and
D-I DAVIT INTERNATIONAL-
HISCHE, GMBH.

    Defendants.
_____/

**[PROPOSED] ORDER ON DEFENDANT D-I DAVIT INTERNATIONAL, INC.'S UNOPPOSED MOTION TO SEAL**

The cause comes before the Court on the Motion to Seal of Defendant D-I DAVIT INTERNATIONAL, INC. ("Davit US").  Davit US requests that this Court enter an Order sealing exhibits annexed to its previous Motions to Dismiss submitted to this Court, filed August 17, 2018 and September 11, 2018 (Dkt. Nos. 20-4 and 42-2), on the grounds that the documents contain taxpayer identification information that is private information under Fed. R. Civ. 5.2.  Plaintiff GERALDINE BUENAVENTURA consents to the relief sought.  The Court having considered the Motion, being aware that there is no opposition to the relight requested, and being otherwise duly informed in the law and premises, it is hereby ORDERED and ADJUDGED that:

    The Motion is GRANTED.  For the good cause shown in the Motion, the exhibits located at Docket Entry Numbers 20-4 and 42-2 shall be sealed and shall remain sealed permanently,

1

2

unless disclosure is required pursuant to a further Order of this Court upon a finding of necessity, such as for judicial or governmental purposes or First Amendment grounds.

      DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this \_\_\_\_ day of _____, 2020.

_____